IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LEIGH,<br><br>    Petitioner,<br><br>  v.<br><br>ANTHONY P. KANE,<br><br>    Respondent. | No. C 06-02947 CRB<br><br>**ORDER** |

Now pending before the Court is Respondent's motion to dismiss the Petition for Habeas Corpus. Petitioner shall file a response on or before September 29, 2006, and Respondent's reply, if any, shall be filed on or before October 13, 2006.

**IT IS SO ORDERED.**

Dated: August 30, 2006

                                              CHARLES R. BREYER
                                              UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\2947\orderrebriefing.wpd