IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEVIN LEIGH,

    Petitioner,

  v.

ANTHONY P KANE,

    Respondent.
                                /

No. C 06-02947 CRB

**JUDGMENT**

The Court having denied the petition for habeas corpus, judgment is entered in favor of Respondent and against Petitioner.

**IT IS SO ORDERED.**

Dated: August 24, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\2947\JUDGMENT.wpd