IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEVIN LEIGH,

    Petitioner,

v.

ANTHONY KANE,

    Respondent.

No. C 06-2947 CRB

**ORDER GRANTING CERTIFICATE OF APPEALABILITY IN PART**

Now before the Court is petitioner's request for issuance of a certificate of appealability ("COA"). A judge shall grant a COA "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate must indicate which issues satisfy this standard, see id. § 2253(c)(3), and the court of appeals is limited to considering only those claims. See Hiivala v. Wood, 195 F.3d 1098, 1103 (9th Cir. 1999).

"Where a district court has rejected the constitutional claims on the merits, the showing required to satisfy § 2253(c) is straightforward: the petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." Slack v. McDaniel, 529 u.s. 473, 484 (2000).

Here, the Court concludes that petitioner has made a "substantial showing" of denial of a constitutional right with respect to his due process claim, but not as to his (1) "violation

1 of the plea agreement," (2) Apprendi/Blakely, and (3) ex post facto claims.

2 **IT IS SO ORDERED.**

Dated: Sep. 19, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE